John Zappatelli
vs.
Fred J. Quinn
No. 83087.

February 13, 1931.

HAHN, J. This is an action in assumpsit brought by John Zappatelli against Fred J. Quinn for money claimed to be due for certain work done and materials furnished under a contract for the installing of a curbing on a public road on the Lincoln Plat job, so called, and also for the construction of a certain cement sidewalk.

Defendant has filed a plea in setoff including many items, some of which have been allowed by the plaintiff and others disallowed.

The points at issue between the parties are whether in the building of 3530½ lineal feet of curbing on what is known as the Lincoln Plat job, the excavating necessary to the placing of the curbing was to be done by the plaintiff or the defendant, and a further item on what may be known as the Wrentham job, wherein plaintiff claims that the defendant owes him $222 for the erection of a temporary bridge over a certain culvert which plaintiff was building for defendant.

The weight of the evidence is that the excavating for the curbing was to be performed by the plaintiff Zappatelli and that the temporary bridge should be paid for by the defendant.

The findings on these two items are decisive of the question at issue.

The defendant claims that under his plea in set-off he is entitled to $271.20. From this should be deducted the sum of $222 for erecting the bridge hereinbefore referred to, leaving a balance due to the defendant of the sum of $49.20.

Decision for defendant on plea in set-off for the sum of $49.20.

For plaintiff: Raymond & Semple.

For defendant: J. J. McGrane.

John H. Davis
vs.
Francis L. McGovern, D. S.
No. 84403.

February 13, 1931.

BLODGETT, P. J. Heard without the intervention of a jury.

Action to replevin an automobile attached by a defendant as a deputy sheriff.

The Court feels there is no doubt that title to car, sold under a conditional sales agreement, rests in plaintiff.

Decision for plaintiff for possession, ten cents damages and costs.

For plaintiff: Russell W. Richmond, Esq.

For defendant: Robinson & Robinson.